IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANNIE BELL LAMBERT, | * | |
| Plaintiff, | * | |
| | | CASE NO. 1:08-cv-00080-SRW |
| v. | * | |
| WINN-DIXIE STORES, INC., | * | Formerly in the Circuit Court of Houston County, AL |
| Defendant. | * | Case No. 08-900008-L |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Winn-Dixie Stores, Inc. makes the following corporate disclosure statement:

Winn-Dixie Stores, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated this the 14th day of February, 2008.

s/M. WARREN BUTLER
M. WARREN BUTLER
BUTLM3190
SCOTT D. STEVENS
STEVS0320
Attorneys for Defendant
Starnes & Atchison LLP
RSA Battle House Tower, 34th Floor
P. O. Box 1548
Mobile, AL 36633-1548
Phone: (251) 405-5065
E-mail: wbutler@starneslaw.com
sstevens@starneslaw.com

{B0812388}   1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the  14  day of  FEB.  , 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Jake A. Norton, Esq.
Cochran, Cherry, Givens,
Smith, Lane & Taylor, P.C.
P. O. Box 927
Dothan, AL 36302
Fax: 334-793-8280
Phone: 334-793-1555

*s/M. WARREN BUTLER*
M. WARREN BUTLER
BUTLM3190

{B0812388}                                 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANNIE BELL LAMBERT, | * | |
| Plaintiff, | * | |
| | | CASE NO. 1:08-cv-00080-SRW |
| v. | * | |
| WINN-DIXIE STORES, INC., | * | Formerly in the Circuit Court of Houston County, AL |
| Defendant. | * | Case No. 08-900008-L |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Winn-Dixie Stores, Inc. makes the following corporate disclosure statement:

Winn-Dixie Stores, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated this the 14th day of February, 2008.

s/M. WARREN BUTLER
M. WARREN BUTLER
BUTLM3190
SCOTT D. STEVENS
STEVS0320
Attorneys for Defendant
Starnes & Atchison LLP
RSA Battle House Tower, 34th Floor
P. O. Box 1548
Mobile, AL 36633-1548
Phone: (251) 405-5065
E-mail: wbutler@starneslaw.com
sstevens@starneslaw.com

{B0812388}                                1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the __14__ day of __FEB.__, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Jake A. Norton, Esq.
Cochran, Cherry, Givens,
Smith, Lane & Taylor, P.C.
P. O. Box 927
Dothan, AL  36302
Fax:  334-793-8280
Phone:  334-793-1555

*s/M. WARREN BUTLER*
M. WARREN BUTLER
BUTLM3190

{B0812388}                                                              2