**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ANNIE BELL LAMBERT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 1:08-cv-80-MEF |
| | ) |
| **WINN-DIXIE STORES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**CONFLICT DISCLOSURE STATEMENT**

  COMES NOW, Annie Bell Lambert, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

 X    This party is an individual, or

___    This party is a governmental entity, or

___    There are no entities to be reported, or

___    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |

Done on this the 5th day of August, 2008.

            */s/ Jake A. Norton*_____
            Jake A. Norton
            Counsel for Plaintiff Annie Bell Lambert
            163 West Main Street
            Dothan, AL. 36301
            334-793-1555

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 5th day of August, 2008, served a copy of the foregoing upon counsel of record by filing the same with the Clerk of Court via CM/ECF or by U.S. MAIL, postage prepaid:

M. Warren Butler
Scott D. Stevens
Starnes & Atchison, LLP
P.O. Box 1548
Mobile, Al. 36633

                                              */s/ Jake A. Norton*_____
                                              Of Counsel