**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ANNIE BELL LAMBERT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   **CASE NO. 1:08-cv-80-MEF** |
| | ) |
| **WINN-DIXIE MONTGOMERY, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

**AMENDED COMPLAINT**

COMES NOW the Plaintiff in the above-styled cause, and amends her Complaint, changing the title to more accurately describe Defendant:

1. On or about the 15th day of January, 2006, Plaintiff, while an invitee, was upon the premises of Defendant in Dothan, Houston County, Alabama, when Plaintiff fell and was injured.

2. Plaintiff's said fall was the proximate result of the Defendant's negligence/wantonness in that with knowledge that a cooler was leaking water onto the floor of its store, Defendant allowed the water to remain there without cleaning it up and without warning Plaintiff of the presence of the water or the danger that it posed.

3. As the proximate result of the Defendant's said negligence, the Plaintiff was caused to suffer medical expenses, lost wages, pain and suffering, mental anguish and/or emotional distress, and permanent disability.

4. Plaintiff claims punitive damages of the Defendant because of the Defendant's wanton conduct.

WHEREFORE, the Plaintiff demands judgment against the Defendant for compensatory and punitive damages and such other damages as are appropriate under the law and such sums as evidence may show and the jury shall find, plus costs of this action.

Amended on this the 8th day of August, 2008.

                            **COCHRAN, CHERRY, GIVENS,**
                            **SMITH, LANE & TAYLOR, P.C.**

                            */s/ Jake A. Norton*_____
                            **JAKE A. NORTON  (NOR067)**
                            Attorney for Plaintiff
                            Post Office Box 927
                            Dothan, Alabama  36302
                            (334) 793-1555
                            (334) 793-8280 (facsimile)

## JURY DEMAND

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

                            */s/ Jake A. Norton*_____
                            OF COUNSEL

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 8th day of August, 2008, served a copy of the foregoing upon counsel of record by filing the same with the Clerk of Court via CM/ECF:

M. Warren Butler
Scott D. Stevens
Starnes & Atchison, LLP
P.O. Box 1548
Mobile, Al. 36633

                                            */s/ Jake A. Norton*_____
                                            Of Counsel