## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANNIE BELL LAMBERT,** | * | |
| **Plaintiff,** | * | |
| | | **CASE NO. 1:08-cv-00080-SRW** |
| **v.** | * | |
| **WINN-DIXIE STORES, INC.,** | * | **Formerly in the Circuit Court of Houston County, AL** |
| **Defendant.** | * | **Case No. 08-900008-L** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Winn-Dixie Montgomery, Inc. makes the following corporate disclosure statement:

Winn-Dixie Stores, Inc. has a greater than 10% interest in Defendant Winn-Dixie Montgomery, Inc.

Dated this the _14th_ day of August, 2008.

> _s/M. WARREN BUTLER_
> M. WARREN BUTLER
> BUTLM3190
> SCOTT D. STEVENS
> STEVS0320
> Attorneys for Defendant
> Starnes & Atchison LLP
> RSA Battle House Tower, 34th Floor
> P. O. Box 1548
> Mobile, AL   36633-1548
> Phone: (251)  405-5065

E-mail:  wbutler@starneslaw.com
sstevens@starneslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the ___14___ day of ___AUGUST___, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Jake A. Norton, Esq.
Cochran, Cherry, Givens,
Smith, Lane & Taylor, P.C.
P. O. Box 927
Dothan, AL   36302
Fax:  334-793-8280
Phone:  334-793-1555


*s/M. WARREN BUTLER*
M. WARREN BUTLER
BUTLM3190